UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SUCCESS BY MEDIA HOLDINGS INC., a corporation doing business as Success By Health, doing business as Success By Media; et al.,<br><br>Defendants,<br><br>LINA NOLAND, individually and as an officer of Success by Media Holdings Inc. and Success By Media LLC; et al.,<br><br>Defendant-ctr-claimants - Appellants. | No. 23-3757<br><br>D.C. No. 2:20-cv-00047-DWL District of Arizona, Phoenix<br><br>ORDER |

Before: GRABER and BENNETT, Circuit Judges, and LEFKOW, District Judge.*

Judge Bennett voted to deny the petition for rehearing en banc. Judge Graber and Judge Lefkow recommended denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. 40. The petition for rehearing en banc (Dkt. No. 69) is DENIED.

---

\* The Honorable Joan H. Lefkow, United States District Judge for the Northern District of Illinois, sitting by designation.